with ten dollars costs, to the extent of directing that plaintiff furnish particulars concerning the first, second, third and eighth items of defendant's demand. We are of opinion that plaintiff is entitled to particulars to this extent. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

MINNIE WHARTON, Appellant, v. MANTON CONSTRUCTION CORPORATION, Respondent.— Order, in so far as appealed from, opening default, restoring case to foot of general calendar and directing that it shall not be preferred under rule 10 of the calendar rules of the court,■ affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty,. Carswell and Tompkins, JJ., concur.

In the Matter of the Application of RUDOLF P. BERLE for Admission to the Bar. (From the State of Massachusetts.) — Application granted. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of JOHN WILSON BROWN, 3D, for Admission to the Bar. (From the State of Maryland and the District of Columbia.) — Application granted. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of JEROME N. FRANK for Admission to the Bar. (From the State of Illinois.) — Application granted. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of RICHARD G. LEVY for Admission to the Bar.— Application for leave to withdraw application for admission to the bar denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of THOMAS E. MASON for Admission to the Bar. (From the State of Maryland.) — Application granted. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

ANNA MILLER and ELLEN BULLOCK, Respondents, v. GRACE F. MULVEY, Defendant. GEORGE W. BERSCH and Others, Appellants.— In view of the decision of the main appeal (post, p. 796), decided herewith, the motion to dismiss the appeal is dismissed, without costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

AMERICAN TITLE AND GUARANTY COMPANY, Respondent, v. HUBBARD CONSTRUCTION CORPORATION and Others, Defendants. ABNER M. HALL, Appellant; JAMES A. HOPEWELL, Respondent.— The parties having stipulated in writing that this appeal may be decided by a court of four justices, the decision is as follows: Judgment unanimously affirmed, with costs. No opinion. Present — Young, Rich, Hagarty and Scudder, JJ.

BEVERLY PARK HOLDING CO., INC., Appellant, v. MIRRIELEES CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

LOUISE G. CLARKSON, Respondent, v. HAROLD KRIEGER, Appellant.■ LIBBY KUHNBERG and Another, Defendants.— Judgment and order amending judgment affirmed, with costs. No opinion. Young, Kapper, Hagarty and Carswell, JJ., concur; Lazansky, P. J., dissents, being of opinion that no contract existed between the parties.

PATRICK EUFEMIA, Respondent, v. PETER BONDI and MAFIE BONDI, Sued